UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA          CRIMINAL ACTION

VERSUS                            NUMBER 13-227

Stanley Scott                     SECTION B

REQUEST FOR SUBPOENAS

Please issue signed subpoenas as noted below, pursuant to Rule 17 (a), (c) or (f) of the Federal Rules of Criminal Procedure. I hereby certify that the number of subpoenas requested is in accordance with the Federal Rules of Criminal Procedure.

**SUBPOENAS TO TESTIFY AND/OR PRODUCE DOCUMENTS, DATA OR OTHER**

____ set(s) for Rule 17(a) trial or hearing scheduled on _____
                                                          DATE OF TRIAL/ HEARING

_5_ set(s) for Rule 17(c) to appear and produce documents, data, or other objects in court before trial or hearing  10/19/15
                                                          DATE OF TRIAL/ HEARING

**SUBPOENAS TO TESTIFY AND/OR PRODUCE DOCUMENTS AT A COURT ORDERED DEPOSITION**

____ set(s) for Rule 17(f) deposition scheduled on _____
                                                    DATE OF DEPOSITION

at _____
   PLACE OF DEPOSITION

Michael G. Riehl
La. Bar. # 02082
4603 S. Carrollton Ave., NOLA 70119
Stanley Scott

Attorney's Signature, Bar Number, Address, and Party Represented

Revised: 05/08/2014