```
Case: 516272              D O C K E T   M A S T E R       Date: 03/08/2016
Section: G/H                                              Time:  11:27:38
 Class: 2
                    ORLEANS PARISH CRIMINAL DISTRICT COURT

==============================================================================
DF# DEFENDANT(S):        CNTS CHARGE(S):
==============================================================================


 1 CLAY, ALFRED
                          1  RS 40  966(A)(1)     B11D    BOND:     100,000.00
                             DISTRIBUTION OF HEROIN
                          1  RS 15  1353                  BOND:     500,000.00
                             LA RACKETEERING ACT
                          1  RS 40  967(B)(1)     A04D    BOND:     100,000.00
                             DISTRIBUTION OF COCAINE
                          2  RS 40  (979)2 966    B11D    BOND:     250,000.00
                             CONSPIRE TO DIST HEROIN
                          4  RS 15  1403 B                BOND:           0.00
                             GANG ENHANCEMENT
 2 COLLINS, CHRISTOPHER
                          1  RS 40  966(A)(1)     B11D    BOND:     100,000.00
                             DISTRIBUTION OF HEROIN
 2 COLLINS, CHRISTOPHER
                          1  RS 40  (979)2 967 A  A04D    BOND:     250,000.00
                             CONSP TO DISTRIBUTE COCAINE
 2 COLLINS, CHRISTOPHER
                          1  RS 15  1353                  BOND:     500,000.00
                             LA RACKETEERING ACT
 2 COLLINS, CHRISTOPHER
                          1  RS 40  967(B)(1)     A04D    BOND:     100,000.00
                             DISTRIBUTION OF COCAINE
 2 COLLINS, CHRISTOPHER
                          1  RS 40  (979)2 966    B11D    BOND:     250,000.00
                             CONSPIRE TO DIST HEROIN
 2 COLLINS, CHRISTOPHER
                          1  RS 15  1403 B                BOND:           0.00
                             GANG ENHANCEMENT
 2 COLLINS, CHRISTOPHER
                          1  RS 15  1403 B                BOND:           0.00
                             GANG ENHANCEMENT
 2 COLLINS, CHRISTOPHER
                          1  RS 15  1403 B                BOND:           0.00
                             GANG ENHANCEMENT
 2 COLLINS, CHRISTOPHER
                          1  RS 15  1403 B                BOND:           0.00
                             GANG ENHANCEMENT
 3 BARNES, DAMIEN D
                          1  RS 40  966(A)(1)     B11D    BOND:     100,000.00
                             DISTRIBUTION OF HEROIN
 3 BARNES, DAMIEN D
                          1  RS 40  (979)2 967 A  A04D    BOND:     250,000.00
                             CONSP TO DISTRIBUTE COCAINE
 3 BARNES, DAMIEN D
                          1  RS 15  1353                  BOND:     500,000.00
                             LA RACKETEERING ACT
 3 BARNES, DAMIEN D
                          1  RS 40  967(B)(1)     A04D    BOND:     100,000.00
                             DISTRIBUTION OF COCAINE
 3 BARNES, DAMIEN D
                          1  RS 40  (979)2 966    B11D    BOND:     250,000.00
                             CONSPIRE TO DIST HEROIN
 3 BARNES, DAMIEN D
                          1  RS 15  1403 B                BOND:           0.00
                             GANG ENHANCEMENT
 3 BARNES, DAMIEN D
                          1  RS 15  1403 B                BOND:           0.00
                             GANG ENHANCEMENT
 3 BARNES, DAMIEN D
                          1  RS 15  1403 B                BOND:           0.00
                             GANG ENHANCEMENT
 4 KNOX, DARRIUS L
                          1  RS 14  30.1                  BOND:   1,000,000.00
                             2ND DEGREE MURDER
 4 KNOX, DARRIUS L
                          1  RS 40  966(A)(1)     B11D    BOND:     100,000.00
                             DISTRIBUTION OF HEROIN
 4 KNOX, DARRIUS L
                          1  RS 40  (979)2 967 A  A04D    BOND:     250,000.00
                             CONSP TO DISTRIBUTE COCAINE
 4 KNOX, DARRIUS L
                          1  RS 15  1353                  BOND:     500,000.00
                             LA RACKETEERING ACT
 4 KNOX, DARRIUS L
                          1  RS 40  967(B)(1)     A04D    BOND:     100,000.00
                             DISTRIBUTION OF COCAINE
 4 KNOX, DARRIUS L
                          1  RS 40  (979)2 966    B11D    BOND:     250,000.00
```

| # | Name | Ct | Statute | Charge | Bond |
|---|------|----|---------|--------|------|
| | | | | CONSPIRE TO DIST HEROIN | |
| 4 | KNOX, DARRIUS L | 1 | RS 15 1403 B | GANG ENHANCEMENT | BOND: 0.00 |
| 4 | KNOX, DARRIUS L | 1 | RS 15 1403 B | GANG ENHANCEMENT | BOND: 0.00 |
| 4 | KNOX, DARRIUS L | 1 | RS 15 1403 B | GANG ENHANCEMENT | BOND: 0.00 |
| 4 | KNOX, DARRIUS L | 1 | RS 15 1403 B | GANG ENHANCEMENT | BOND: 0.00 |
| 4 | KNOX, DARRIUS L | 1 | RS 15 1403 B | GANG ENHANCEMENT | BOND: 0.00 |
| 5 | ROBINSON, DEMETRICH D | 1 | RS 40 966(A)(1) B11D | DISTRIBUTION OF HEROIN | BOND: 100,000.00 |
| 5 | ROBINSON, DEMETRICH D | 1 | RS 40 (979)2 967 A A04D | CONSP TO DISTRIBUTE COCAINE | BOND: 250,000.00 |
| 5 | ROBINSON, DEMETRICH D | 1 | RS 15 1353 | LA RACKETEERING ACT | BOND: 500,000.00 |
| 5 | ROBINSON, DEMETRICH D | 1 | RS 40 967(B)(1) A04D | DISTRIBUTION OF COCAINE | BOND: 100,000.00 |
| 5 | ROBINSON, DEMETRICH D | 1 | RS 40 (979)2 966 B11D | CONSPIRE TO DIST HEROIN | BOND: 250,000.00 |
| 5 | ROBINSON, DEMETRICH D | 1 | RS 15 1403 B | GANG ENHANCEMENT | BOND: 0.00 |
| 5 | ROBINSON, DEMETRICH D | 1 | RS 15 1403 B | GANG ENHANCEMENT | BOND: 0.00 |
| 5 | ROBINSON, DEMETRICH D | 1 | RS 15 1403 B | GANG ENHANCEMENT | BOND: 0.00 |
| 5 | ROBINSON, DEMETRICH D | 1 | RS 15 1403 B | GANG ENHANCEMENT | BOND: 0.00 |
| 6 | JOHNSON, JARED | 1 | RS 40 966(A)(1) B11D | DISTRIBUTION OF HEROIN | BOND: 100,000.00 |
| 6 | JOHNSON, JARED | 1 | RS 40 967(B)(1) A04PD | PWIT DISTRIBUTE COCAINE | BOND: 100,000.00 |
| 6 | JOHNSON, JARED | 1 | RS 40 (979)2 967 A A04D | CONSP TO DISTRIBUTE COCAINE | BOND: 250,000.00 |
| 6 | JOHNSON, JARED | 1 | RS 15 1353 | LA RACKETEERING ACT | BOND: 500,000.00 |
| 6 | JOHNSON, JARED | 1 | RS 40 967(B)(1) A04D | DISTRIBUTION OF COCAINE | BOND: 100,000.00 |
| 6 | JOHNSON, JARED | 1 | RS 40 (979)2 966 B11D | CONSPIRE TO DIST HEROIN | BOND: 250,000.00 |
| 6 | JOHNSON, JARED | 1 | RS 15 1403 B | GANG ENHANCEMENT | BOND: 0.00 |
| 6 | JOHNSON, JARED | 1 | RS 15 1403 B | GANG ENHANCEMENT | BOND: 0.00 |
| 6 | JOHNSON, JARED | 1 | RS 15 1403 B | GANG ENHANCEMENT | BOND: 0.00 |
| 6 | JOHNSON, JARED | 1 | RS 15 1403 B | GANG ENHANCEMENT | BOND: 0.00 |
| 6 | JOHNSON, JARED | 1 | RS 15 1403 B | GANG ENHANCEMENT | BOND: 0.00 |
| 7 | HICKERSON, KENTRELL | 1 | RS 15 1353 | LA RACKETEERING ACT | BOND: 500,000.00 |
| 7 | HICKERSON, KENTRELL | 1 | RS 40 967(B)(1) A04D | DISTRIBUTION OF COCAINE | BOND: 250,000.00 |
| 7 | HICKERSON, KENTRELL | 1 | RS 40 (979)2 966 B11D | CONSPIRE TO DIST HEROIN | BOND: 250,000.00 |
| 7 | HICKERSON, KENTRELL | 1 | RS 15 1403 B | GANG ENHANCEMENT | BOND: 0.00 |

| # | Name | Ct | Statute | Charge | Bond |
|---|---|---|---|---|---|
| 7 | HICKERSON, KENTRELL | 1 | RS 15 1403 B | GANG ENHANCEMENT | 0.00 |
| 8 | LYNCH, KEVIN C | 1 | RS 40 966(A)(1)   B11D | DISTRIBUTION OF HEROIN | 100,000.00 |
| 8 | LYNCH, KEVIN C | 1 | RS 40 (979)2 967 A A04D | CONSP TO DISTRIBUTE COCAINE | 250,000.00 |
| 8 | LYNCH, KEVIN C | 1 | RS 15 1353 | LA RACKETEERING ACT | 500,000.00 |
| 8 | LYNCH, KEVIN C | 1 | RS 40 967(B)(1)   A04D | DISTRIBUTION OF COCAINE | 100,000.00 |
| 8 | LYNCH, KEVIN C | 1 | RS 40 (979)2 966   B11D | CONSPIRE TO DIST HEROIN | 250,000.00 |
| 8 | LYNCH, KEVIN C | 1 | RS 15 1403 B | GANG ENHANCEMENT | 0.00 |
| 8 | LYNCH, KEVIN C | 1 | RS 15 1403 B | GANG ENHANCEMENT | 0.00 |
| 8 | LYNCH, KEVIN C | 1 | RS 15 1403 B | GANG ENHANCEMENT | 0.00 |
| 8 | LYNCH, KEVIN C | 1 | RS 15 1403 B | GANG ENHANCEMENT | 0.00 |
| 9 | WALKER, MCCOY C | 1 | RS 40 966(A)(1)   B11D | DISTRIBUTION OF HEROIN | 100,000.00 |
| 9 | WALKER, MCCOY C | 1 | RS 40 967(B)(1)   A04PD | PWIT DISTRIBUTE COCAINE | 100,000.00 |
| 9 | WALKER, MCCOY C | 1 | RS 40 (979)2 967 A A04D | CONSP TO DISTRIBUTE COCAINE | 250,000.00 |
| 9 | WALKER, MCCOY C | 1 | RS 40 966(A)(1)   B11PD | POSS WITD HEROIN | 100,000.00 |
| 9 | WALKER, MCCOY C | 1 | RS 15 1353 | LA RACKETEERING ACT | 500,000.00 |
| 9 | WALKER, MCCOY C | 1 | RS 40 967(B)(1)   A04D | DISTRIBUTION OF COCAINE | 100,000.00 |
| 9 | WALKER, MCCOY C | 1 | RS 40 (979)2 966   B11D | CONSPIRE TO DIST HEROIN | 250,000.00 |
| 9 | WALKER, MCCOY C | 1 | RS 15 1403 B | GANG ENHANCEMENT | 0.00 |
| 9 | WALKER, MCCOY C | 1 | RS 15 1403 B | GANG ENHANCEMENT | 0.00 |
| 9 | WALKER, MCCOY C | 1 | RS 15 1403 B | GANG ENHANCEMENT | 0.00 |
| 9 | WALKER, MCCOY C | 1 | RS 15 1403 B | GANG ENHANCEMENT | 0.00 |
| 9 | WALKER, MCCOY C | 1 | RS 15 1403 B | GANG ENHANCEMENT | 0.00 |
| 9 | WALKER, MCCOY C | 1 | RS 15 1403 B | GANG ENHANCEMENT | 0.00 |
| 10 | BRIGGS, QUINCY | 1 | RS 14 30.1 | 2ND DEGREE MURDER | 1,000,000.00 |
| 10 | BRIGGS, QUINCY | 1 | RS 40 966(A)(1)   B11D | DISTRIBUTION OF HEROIN | 100,000.00 |
| 10 | BRIGGS, QUINCY | 1 | RS 40 966(A)(1)   B11D | DISTRIBUTION OF HEROIN | 100,000.00 |
| 10 | BRIGGS, QUINCY | 1 | RS 40 (979)2 967 A A04D | CONSP TO DISTRIBUTE COCAINE | 250,000.00 |
| 10 | BRIGGS, QUINCY | 1 | RS 15 1353 | LA RACKETEERING ACT | 500,000.00 |
| 10 | BRIGGS, QUINCY | 1 | RS 40 967(B)(1)   A04D | DISTRIBUTION OF COCAINE | 100,000.00 |
| 10 | BRIGGS, QUINCY | | | | |

| # | Name | | Statute | | Charge | Bond |
|---|---|---|---|---|---|---|
| 10 | BRIGGS, QUINCY | 1 | RS 40 (979)2 966 B11D | | CONSPIRE TO DIST HEROIN | BOND: 250,000.00 |
| 10 | BRIGGS, QUINCY | 1 | RS 15 1403 B | | GANG ENHANCEMENT | BOND: 0.00 |
| 10 | BRIGGS, QUINCY | 1 | RS 15 1403 B | | GANG ENHANCEMENT | BOND: 0.00 |
| 10 | BRIGGS, QUINCY | 1 | RS 15 1403 B | | GANG ENHANCEMENT | BOND: 0.00 |
| 10 | BRIGGS, QUINCY | 1 | RS 15 1403 B | | GANG ENHANCEMENT | BOND: 0.00 |
| 10 | BRIGGS, QUINCY | 1 | RS 15 1403 B | | GANG ENHANCEMENT | BOND: 0.00 |
| 11 | KNOCKUM, RENE | 1 | RS 15 529.1 | | MULTIPLE BILL | BOND: 0.00 |
| 11 | KNOCKUM, RENE | 1 | RS 40 (979)2 967 A A04D | | CONSP TO DISTRIBUTE COCAINE | BOND: 250,000.00 |
| 11 | KNOCKUM, RENE | 1 | RS 15 1353 | | LA RACKETEERING ACT | BOND: 500,000.00 |
| 11 | KNOCKUM, RENE | 1 | RS 40 (979)2 966 B11D | | CONSPIRE TO DIST HEROIN | BOND: 250,000.00 |
| 11 | KNOCKUM, RENE | 1 | RS 15 1403 B | | GANG ENHANCEMENT | BOND: 0.00 |
| 11 | KNOCKUM, RENE | 1 | RS 15 1403 B | | GANG ENHANCEMENT | BOND: 0.00 |
| 12 | OWNEY, RONNELL | 1 | RS 14 30.1 | | 2ND DEGREE MURDER | BOND: 1,000,000.00 |
| 12 | OWNEY, RONNELL | 1 | RS 40 966(A)(1) B11D | | DISTRIBUTION OF HEROIN | BOND: 100,000.00 |
| 12 | OWNEY, RONNELL | 1 | RS 40 (979)2 967 A A04D | | CONSP TO DISTRIBUTE COCAINE | BOND: 250,000.00 |
| 12 | OWNEY, RONNELL | 1 | RS 15 1353 | | LA RACKETEERING ACT | BOND: 500,000.00 |
| 12 | OWNEY, RONNELL | 1 | RS 40 967(B)(1) A04D | | DISTRIBUTION OF COCAINE | BOND: 100,000.00 |
| 12 | OWNEY, RONNELL | 1 | RS 40 (979)2 966 B11D | | CONSPIRE TO DIST HEROIN | BOND: 250,000.00 |
| 12 | OWNEY, RONNELL | 1 | RS 15 1403 B | | GANG ENHANCEMENT | BOND: 0.00 |
| 12 | OWNEY, RONNELL | 1 | RS 15 1403 B | | GANG ENHANCEMENT | BOND: 0.00 |
| 12 | OWNEY, RONNELL | 1 | RS 15 1403 B | | GANG ENHANCEMENT | BOND: 0.00 |
| 12 | OWNEY, RONNELL | 1 | RS 15 1403 B | | GANG ENHANCEMENT | BOND: 0.00 |
| 12 | OWNEY, RONNELL | 1 | RS 15 1403 B | | GANG ENHANCEMENT | BOND: 0.00 |
| 13 | INGRAM, LONNIE J Jr. | 1 | RS 40 966(A)(1) B11D | | DISTRIBUTION OF HEROIN | BOND: 100,000.00 |
| 13 | INGRAM, LONNIE J Jr. | 1 | RS 40 (979)2 967 A A04D | | CONSP TO DISTRIBUTE COCAINE | BOND: 250,000.00 |
| 13 | INGRAM, LONNIE J Jr. | 1 | RS 15 1353 | | LA RACKETEERING ACT | BOND: 500,000.00 |
| 13 | INGRAM, LONNIE J Jr. | 1 | RS 40 967(B)(1) A04D | | DISTRIBUTION OF COCAINE | BOND: 100,000.00 |
| 13 | INGRAM, LONNIE J Jr. | 1 | RS 40 (979)2 966 B11D | | CONSPIRE TO DIST HEROIN | BOND: 250,000.00 |
| 13 | INGRAM, LONNIE J Jr. | 1 | RS 15 1403 B | | | BOND: 0.00 |

| # | Name | Ct | Statute | Code | Description | Bond |
|---|------|----|---------|------|-------------|------|
| 13 | INGRAM, LONNIE J Jr. | 1 | RS 15 1403 B | | GANG ENHANCEMENT | 0.00 |
| 13 | INGRAM, LONNIE J Jr. | 1 | RS 15 1403 B | | GANG ENHANCEMENT | 0.00 |
| 13 | INGRAM, LONNIE J Jr. | 1 | RS 15 1403 B | | GANG ENHANCEMENT | 0.00 |
| 14 | KELLER, TADARO L | 1 | RS 40 966(A)(1) | B11D | DISTRIBUTION OF HEROIN | 100,000.00 |
| 14 | KELLER, TADARO L | 1 | RS 40 967(B)(1) | A04PD | PWIT DISTRIBUTE COCAINE | 100,000.00 |
| 14 | KELLER, TADARO L | 1 | RS 40 (979)2 967 A | A04D | CONSP TO DISTRIBUTE COCAINE | 250,000.00 |
| 14 | KELLER, TADARO L | 1 | RS 15 1353 | | LA RACKETEERING ACT | 500,000.00 |
| 14 | KELLER, TADARO L | 1 | RS 40 967(B)(1) | A04D | DISTRIBUTION OF COCAINE | 100,000.00 |
| 14 | KELLER, TADARO L | 1 | RS 40 (979)2 966 | B11D | CONSPIRE TO DIST HEROIN | 250,000.00 |
| 14 | KELLER, TADARO L | 1 | RS 15 1403 B | | GANG ENHANCEMENT | 0.00 |
| 14 | KELLER, TADARO L | 1 | RS 15 1403 B | | GANG ENHANCEMENT | 0.00 |
| 14 | KELLER, TADARO L | 1 | RS 15 1403 B | | GANG ENHANCEMENT | 0.00 |
| 14 | KELLER, TADARO L | 1 | RS 15 1403 B | | GANG ENHANCEMENT | 0.00 |
| 14 | KELLER, TADARO L | 1 | RS 15 1403 B | | GANG ENHANCEMENT | 0.00 |
| 15 | OWNEY, TERRIOUES J | 1 | RS 14 (27)30.1 | | ATT 2ND DEGREE MURDER | 500,000.00 |
| 15 | OWNEY, TERRIOUES J | 1 | RS 14 30.1 | | 2ND DEGREE MURDER | 1,000,000.00 |
| 15 | OWNEY, TERRIOUES J | 1 | RS 40 (979)2 967 A | A04D | CONSP TO DISTRIBUTE COCAINE | 250,000.00 |
| 15 | OWNEY, TERRIOUES J | 1 | RS 15 1353 | | LA RACKETEERING ACT | 500,000.00 |
| 15 | OWNEY, TERRIOUES J | 1 | RS 40 (979)2 966 | B11D | CONSPIRE TO DIST HEROIN | 250,000.00 |
| 15 | OWNEY, TERRIOUES J | 1 | RS 15 1403 B | | GANG ENHANCEMENT | 0.00 |
| 15 | OWNEY, TERRIOUES J | 1 | RS 15 1403 B | | GANG ENHANCEMENT | 0.00 |
| 15 | OWNEY, TERRIOUES J | 1 | RS 15 1403 B | | GANG ENHANCEMENT | 0.00 |
| 15 | OWNEY, TERRIOUES J | 1 | RS 15 1403 B | | GANG ENHANCEMENT | 0.00 |
| 16 | KNOCKUM, TYRONE J | 1 | RS 14 (27)30.1 | | ATT 2ND DEGREE MURDER | 500,000.00 |
| 16 | KNOCKUM, TYRONE J | 1 | RS 14 30.1 | | 2ND DEGREE MURDER | 1,000,000.00 |
| 16 | KNOCKUM, TYRONE J | 1 | RS 40 966(A)(1) | B11D | DISTRIBUTION OF HEROIN | 100,000.00 |
| 16 | KNOCKUM, TYRONE J | 1 | RS 40 (979)2 967 A | A04D | CONSP TO DISTRIBUTE COCAINE | 250,000.00 |
| 16 | KNOCKUM, TYRONE J | 1 | RS 15 1353 | | LA RACKETEERING ACT | 500,000.00 |
| 16 | KNOCKUM, TYRONE J | 1 | RS 40 967(B)(1) | A04D | DISTRIBUTION OF COCAINE | 100,000.00 |

| # | Name | Ct | Statute | Charge | Bond |
|---|---|---|---|---|---|
| 16 | KNOCKUM, TYRONE J | 1 | RS 40 (979)2 966 B11D | CONSPIRE TO DIST HEROIN | 250,000.00 |
| 16 | KNOCKUM, TYRONE J | 1 | RS 15 1403 B | GANG ENHANCEMENT | 0.00 |
| 16 | KNOCKUM, TYRONE J | 1 | RS 15 1403 B | GANG ENHANCEMENT | 0.00 |
| 16 | KNOCKUM, TYRONE J | 1 | RS 15 1403 B | GANG ENHANCEMENT | 0.00 |
| 16 | KNOCKUM, TYRONE J | 1 | RS 15 1403 B | GANG ENHANCEMENT | 0.00 |
| 16 | KNOCKUM, TYRONE J | 1 | RS 15 1403 B | GANG ENHANCEMENT | 0.00 |
| 16 | KNOCKUM, TYRONE J | 1 | RS 15 1403 B | GANG ENHANCEMENT | 0.00 |
| 17 | MCCASKILL, WASHINGTON | 1 | RS 14 30.1 | 2ND DEGREE MURDER | 1,000,000.00 |
| 17 | MCCASKILL, WASHINGTON | 1 | RS 14 31 | MANSLAUGHTER | 0.00 |
| 17 | MCCASKILL, WASHINGTON | 1 | RS 14 95.1 | POSS OF A FIREARM OR WEAPON BY FELON | 100,000.00 |
| 17 | MCCASKILL, WASHINGTON | 1 | RS 40 967(B)(1) A04PD | PWIT DISTRIBUTE COCAINE | 100,000.00 |
| 17 | MCCASKILL, WASHINGTON | 1 | RS 40 (979)2 967 A A04D | CONSP TO DISTRIBUTE COCAINE | 250,000.00 |
| 17 | MCCASKILL, WASHINGTON | 1 | RS 40 966(A)(1) B11PD | POSS WITD HEROIN | 100,000.00 |
| 17 | MCCASKILL, WASHINGTON | 1 | RS 15 1353 | LA RACKETEERING ACT | 500,000.00 |
| 17 | MCCASKILL, WASHINGTON | 1 | RS 40 (979)2 966 B11D | CONSPIRE TO DIST HEROIN | 250,000.00 |
| 17 | MCCASKILL, WASHINGTON | 1 | RS 15 1403 B | GANG ENHANCEMENT | 0.00 |
| 17 | MCCASKILL, WASHINGTON | 1 | RS 15 1403 B | GANG ENHANCEMENT | 0.00 |
| 17 | MCCASKILL, WASHINGTON | 1 | RS 15 1403 B | GANG ENHANCEMENT | 0.00 |
| 17 | MCCASKILL, WASHINGTON | 1 | RS 15 1403 B | GANG ENHANCEMENT | 0.00 |
| 17 | MCCASKILL, WASHINGTON | 1 | RS 15 1403 B | GANG ENHANCEMENT | 0.00 |
| 17 | MCCASKILL, WASHINGTON | 1 | RS 15 1403 B | GANG ENHANCEMENT | 0.00 |
| 18 | BUSH, DWIGHT E Jr. | 1 | RS 40 967(B)(1) A04PD | PWIT DISTRIBUTE COCAINE | 100,000.00 |
| 18 | BUSH, DWIGHT E Jr. | 1 | RS 40 (979)2 967 A A04D | CONSP TO DISTRIBUTE COCAINE | 250,000.00 |
| 18 | BUSH, DWIGHT E Jr. | 1 | RS 15 1353 | LA RACKETEERING ACT | 500,000.00 |
| 18 | BUSH, DWIGHT E Jr. | 1 | RS 40 (979)2 966 B11D | CONSPIRE TO DIST HEROIN | 250,000.00 |
| 18 | BUSH, DWIGHT E Jr. | 1 | RS 15 1403 B | GANG ENHANCEMENT | 0.00 |
| 18 | BUSH, DWIGHT E Jr. | 1 | RS 15 1403 B | GANG ENHANCEMENT | 0.00 |
| 18 | BUSH, DWIGHT E Jr. | 1 | RS 15 1403 B | GANG ENHANCEMENT | 0.00 |
| 19 | MCCANN, CHRIS L | 1 | RS 40 (979)2 967 A A04D | CONSP TO DISTRIBUTE COCAINE | 250,000.00 |
| 19 | MCCANN, CHRIS L | | | | |

```
                              1  RS 15  1353                 BOND:   500,000.00
                                 LA RACKETEERING ACT
 19 MCCANN, CHRIS L
                              1  RS 40  (979)2 966   B11D    BOND:   250,000.00
                                 CONSPIRE TO DIST HEROIN
 19 MCCANN, CHRIS L
                              1  RS 15  1403 B               BOND:        0.00
                                 GANG ENHANCEMENT
 19 MCCANN, CHRIS L
                              1  RS 15  1403 B               BOND:        0.00
                                 GANG ENHANCEMENT
 20 JACKSON, RICO
                              1  RS 40  (979)2 967 A A04D    BOND:   250,000.00
                                 CONSP TO DISTRIBUTE COCAINE
 20 JACKSON, RICO
                              1  RS 15  1353                 BOND:   500,000.00
                                 LA RACKETEERING ACT
 20 JACKSON, RICO
                              1  RS 40  (979)2 966   B11D    BOND:   250,000.00
                                 CONSPIRE TO DIST HEROIN
 20 JACKSON, RICO
                              1  RS 15  1403 B               BOND:        0.00
                                 GANG ENHANCEMENT
 20 JACKSON, RICO
                              1  RS 15  1403 B               BOND:        0.00
                                 GANG ENHANCEMENT
==================================================================================
 DATE       PROCEEDINGS
==================================================================================

06/12/2013                                                           BAGNELISEA
           FILED BILL OF INDICTMENT
           "TRUE BILL"
           CAPIAS ISSUED
           BOND SET $1,200,000.00 (ALFRED CLAY)
                    $1,200,000.00 (CHRISTOPHER COLLINS)
                    $1,200,000.00 (DAMIEN BARNES)
                    $1,300,000.00 (DARRIUS KNOX)
                    $2,300,000.00 (QUINCY BRIGGS)
                    $1,000,000.00 (RENE KNOCKUM)
                    $2,200,000.00 (RONNELL OWNEY)
                    $1,300,000.00 (TADARO KELLER)
                    $2,500,000.00 (TERRIOUES OWNEY)
                    $1,200,000.00 (DEMETRICH ROBINSON)
                    $1,300,000.00 (JARED JOHNSON)
                    $750,000.00   (KENTRELL HICKERSON)
                    $1,200,000.00 (KEVIN LYNCH)
                    $1,400,000.00 (MCCOY WALKER)
                    $2,700,000.00 (TYRONE KNOCKUM)
                    $2,300,000.00 (WASHINGTON MCCASKILL)
                    $1,100,000.00 (DWIGHT BUSH)
                    $1,000,000.00 (CHRIS MCCANN)
                    $1,000,000.00 (RICO JACKSON)
           **************************************************************
           *** ALLOTTED.
06/19/2013                                                           BUTSCHERM
           >AS TO DEFENDANT, ALFRED CLAY: >TRANSFERRED TO SECTION H TO
           FOLLOW CASE(S) 509-692, H
           >AS TO DEFENDANT, CHRISTOPHER COLLINS: >TRANSFERRED TO SECTION
           H TO FOLLOW CASE(S) 509-692, H
           >AS TO DEFENDANT, DAMIEN D BARNES: >TRANSFERRED TO SECTION H TO
           FOLLOW CASE(S) 509-692, H
           >AS TO DEFENDANT, DARRIUS L KNOX: >TRANSFERRED TO SECTION H TO
           FOLLOW CASE(S) 509-692, H
           >AS TO DEFENDANT, DEMETRICH D ROBINSON: >TRANSFERRED TO SECTION
           H TO FOLLOW CASE(S) 509-692, H
           >AS TO DEFENDANT, JARED JOHNSON: >TRANSFERRED TO SECTION H TO
           FOLLOW CASE(S) 509-692, H
           >AS TO DEFENDANT, KENTRELL HICKERSON: >TRANSFERRED TO SECTION H
           TO FOLLOW CASE(S) 509-692, H
           >AS TO DEFENDANT, KEVIN C LYNCH: >TRANSFERRED TO SECTION H TO
           FOLLOW CASE(S) 509-692, H
           >AS TO DEFENDANT, MCCOY C WALKER: >TRANSFERRED TO SECTION H TO
           FOLLOW CASE(S) 509-692, H
           >AS TO DEFENDANT, QUINCY BRIGGS: >TRANSFERRED TO SECTION H TO
           FOLLOW CASE(S) 509-692, H
           >AS TO DEFENDANT, RENE KNOCKUM: >TRANSFERRED TO SECTION H TO
           FOLLOW CASE(S) 509-692, H
           >AS TO DEFENDANT, RONNELL OWNEY: >TRANSFERRED TO SECTION H TO
           FOLLOW CASE(S) 509-692, H
           >AS TO DEFENDANT, LONNIE J INGRAM JR.: >TRANSFERRED TO SECTION
           H TO FOLLOW CASE(S) 509-692, H
           >AS TO DEFENDANT, TADARO L KELLER: >TRANSFERRED TO SECTION H TO
           FOLLOW CASE(S) 509-692, H
           >AS TO DEFENDANT, TERRIOUES J OWNEY: >TRANSFERRED TO SECTION H
           TO FOLLOW CASE(S) 509-692, H
           >AS TO DEFENDANT, TYRONE J KNOCKUM: >TRANSFERRED TO SECTION H
```

>DEFENDANT, TERRIOUES J OWNEY DID NOT APPEAR FOR PRE-TRIAL
CONFERENCE >THE DEFENDANT IS IN THE CUSTODY OF
FEDS*************************
*****************************************************************
>PRE-TRIAL CONFERENCE SET FOR 03/18/15 >NOTIFY DEF.COUNSEL.
>PDOJL
>THE DEFENDANT, TADARO L KELLER, APPEARED BEFORE THE COURT FOR A
PRE TRIAL WITH COUNSEL, JERRY SETTLE. THIS PLEA BY TADARO L.
KELLER IS NOT TAKEN WITH ANY AGREEMENT FOR STATEMENTS
,TESTIMONY OR COOPERATION. ADA ALEX CALENDA PRESENT FOR THE
STATE. >DEFENDANT PLED GUILTY >FOR COUNT 1 RS 15 1353 PLED
GUILTY AS CHARGED. >FOR COUNT 2 RS 40 (979)2 966 B11D PLED
GUILTY AS CHARGED. >FOR COUNT 2 RS 15 1403 B PLED GUILTY AS
CHARGED. >FOR COUNT 8 RS 40 (979)2 967 A A04D PLED GUILTY AS
CHARGED. >FOR COUNT 8 RS 15 1403 B PLED GUILTY AS CHARGED. >FOR
COUNT 14 RS 40 966(A)(1) B11D PLED GUILTY AS CHARGED. >FOR
COUNT 14 RS 15 1403 B PLED GUILTY AS CHARGED. >FOR COUNT 15 RS
40 967(B)(1) A04D PLED GUILTY AS CHARGED. >FOR COUNT 15 RS 15
1403 B PLED GUILTY AS CHARGED. >FOR COUNT 16 RS 40 967(B)(1)
A04PD PLED GUILTY AS CHARGED. >FOR COUNT 16 RS 15 1403 B PLED
GUILTY AS CHARGED. >TADARO L KELLER DEFENDANT WAIVED DELAYS.
>SENTENCE: >AS TO COUNT 1: >27 YEARS, AT DOC AT HARD LABOR. AS
TO COUNTS 2,8,14,15,16: 25 YEARS DOC WITH 2 YEARS CONSECUTIVE.
COUNT 14 IS 5 YEARS WITHOUT BENEFITS. COUNTS 15 & 16 IS 2 YEARS
WITHOUT BENEFITS. >CONCURRENT WITH THESE COUNTS: ANY OTHER
SENTENCE >THE DEFENDANT IS GIVEN CREDIT FOR TIME SERVED FROM
06/13/13 FORWARD. ANY AND ALL PROGRAMS INCLUDING SUBSTANCE
ABUSE, VOCATIONAL & EDUCATIONAL. >STATE AGREED NOT TO FILE
MULTIPLE BILL. >CASE CLOSED, THIS DEFENDANT.
03/05/2015                                                ANDREWSA
>DEFENSE COUNSEL RUDY GORRELL APPEARED WITHOUT DEFENDANT, DAMIEN
D BARNES FOR HEARING ON MOTIONS >DEFENDANT IN CUSTODY AND NOT
BROUGHT INTO COURT. ADA ALEX CALENDA PRESENT FOR THE STATE.
>CONTINUED ON STATE MOTION >HEARING ON MOTIONS SET FOR 03/24/15
>SEND NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL
03/06/2015                                                ANDREWSA
>THE DEFENDANT, WASHINGTON MCCASKILL APPEARED FOR PRE-TRIAL
CONFERENCE WITH COUNSEL, RANDY DUKES ADA ALEX CALENDA PRESENT
FOR THE STATE. THE STATE WILL NOT FILE A MULTIPLE BILL AT THIS
TIME. >COUNT 18 AMENDED TO RS 14 31 MANSLAUGHTER >FOR COUNT 21
RS 14 95.1 POSS OF A FIREARM OR WEAPON BY NOLLE PROSEQUI.
RELEASE AS TO COUNT 21 ONLY (NOLLE PROSEQUI) >DEFENDANT PLED
GUILTY >FOR COUNT 1 RS 15 1353 PLED GUILTY AS CHARGED. >FOR
COUNT 2 RS 40 (979)2 966 B11D PLED GUILTY AS CHARGED. >FOR
COUNT 2 RS 15 1403 B PLED GUILTY AS CHARGED. >FOR COUNT 8 RS 40
(979)2 967 A A04D PLED GUILTY AS CHARGED. >FOR COUNT 8 RS 15
1403 B PLED GUILTY AS CHARGED. >FOR COUNT 18 RS 14 31 PLED
GUILTY AS CHARGED. >FOR COUNT 18 RS 15 1403 B PLED GUILTY AS
CHARGED. >FOR COUNT 19 RS 40 966(A)(1) B11PD PLED GUILTY AS
CHARGED. >FOR COUNT 19 RS 15 1403 B PLED GUILTY AS CHARGED.
>FOR COUNT 20 RS 40 967(B)(1) A04PD PLED GUILTY AS CHARGED.
>FOR COUNT 20 RS 15 1403 B PLED GUILTY AS CHARGED. >FOR COUNT
21 RS 15 1403 B PLED GUILTY AS CHARGED. >RELEASE ISSUED.
>DEFENDANT REMANDED TO CRIMINAL SHERIFF. THERE IS NO BOND SINCE
DEFENDANT HAS PLED********************* **************TRANSPORT
TO ANGOLA ASAP********************* THIS IS A REMAND,AWAITING
SENTENCING/DO NOT RELEASE. >SENTENCING SET FOR 05/15/15 >NOTIFY
DEF.COUNSEL. >PDOJL
03/11/2015                                                ANDREWSA
>DEFENSE COUNSEL GRAHAM BOSWORTH APPEARED WITHOUT DEFENDANT,
ALFRED CLAY FOR HEARING >DEFENDANT IN CUSTODY AND NOT BROUGHT
INTO COURT. >PRESENCE OF DEFENDANT WAIVED. THIS DATE WAS SET
FOR FUNDING HEARING. MR. DERWIN BUNTON APPEARED FROM IDP.
>CONTINUED WITHOUT DATE.
>THE DEFENDANT, DEMETRICH D ROBINSON APPEARED FOR HEARING WITH
COUNSEL, ANNA FRIEDBERG >CONTINUED WITHOUT DATE.
>THE DEFENDANT, JARED JOHNSON APPEARED FOR HEARING WITH COUNSEL,
ARTHUR LEGAND >CONTINUED WITHOUT DATE.
>THE DEFENDANT, KENTRELL HICKERSON APPEARED FOR HEARING WITH
COUNSEL, LUCAS MOOREHOUSE >CONTINUED WITHOUT DATE.
>THE DEFENDANT, MCCOY C WALKER APPEARED FOR HEARING WITH
COUNSEL, STEVE HAEDICKE >CONTINUED WITHOUT DATE.
>DEFENSE COUNSEL DAVIDSON EHLE APPEARED WITHOUT DEFENDANT,
TERRIOUES J OWNEY FOR HEARING >DEFENDANT IN CUSTODY AND NOT
BROUGHT INTO COURT. >CONTINUED WITHOUT DATE.
>DEFENDANT, RICO JACKSON DID NOT APPEAR FOR HEARING >DEFENDANT
IN CUSTODY AND NOT BROUGHT INTO COURT. >CONTINUED WITHOUT DATE.
03/12/2015                                                ANDREWSA
>PRE-TRIAL CONFERENCE SET FOR 03/27/15 >NOTIFY DEF.COUNSEL.
>PDOJL
>PRE-TRIAL CONFERENCE SET FOR 03/27/15 >NOTIFY DEF.COUNSEL.
>PDOJL
>PRE-TRIAL CONFERENCE SET FOR 03/27/15 >NOTIFY DEF.COUNSEL.
>PDOJL
>PRE-TRIAL CONFERENCE SET FOR 03/27/15 >NOTIFY DEF.COUNSEL.
>PDOJL
>PRE-TRIAL CONFERENCE SET FOR 03/27/15 >NOTIFY DEF.COUNSEL.
>PDOJL

```
                   CUSTODY AND NOT BROUGHT INTO COURT. >PRE-TRIAL CONFERENCE SET
                   FOR 03/02/16 >NOTIFY DEF.COUNSEL. >PDOJL
                   >THE DEFENDANT, TERRIOUES J OWNEY, DID NOT APPEAR. >DEFENDANT
                   IN CUSTODY AND NOT BROUGHT INTO COURT. >PRE-TRIAL CONFERENCE
                   SET FOR 03/02/16 >NOTIFY DEF.COUNSEL. >PDOJL
   12/08/2015                                                          ANDREWSA
                   >ATTY. LUCAS MOREHOUSE APPEARED. >HEARING SET FOR 12/11/15
                   >NOTIFY DEF.COUNSEL. >DEFENDANT'S PRESENCE NOT REQUIRED.
   12/11/2015                                                          ANDREWSA
                   >DEFENSE COUNSEL LUCAS MOOREHOUSE APPEARED WITHOUT DEFENDANT,
                   KENTRELL HICKERSON FOR HEARING >HEARING SET FOR 12/16/15
                   >NOTIFY DEF.COUNSEL. >PDOJL
   12/16/2015                                                          ANDREWSA
                   >THE DEFENDANT, KENTRELL HICKERSON APPEARED FOR HEARING WITH
                   FOR HEARING WITH COUNSEL, LUCAS MOOREHOUSE/KEVIN VOGELTANZ. ADA
                   ALEX CALENDA APPEARED FOR THE STATE. THE COURT RULED THAT
                   DEFENSE ACQUIESCED TO WAIVER OF 701 WHEN HE AGREED TO TRIAL
                   DATE OF 5-16-16. >TRIAL SET FOR 05/16/16 >SEND NOTICES. >NOTIFY
                   DEF.COUNSEL. >PDOJL
   12/17/2015                                                          ANDREWSA
                   >DEFENDANT, QUINCY BRIGGS DID NOT APPEAR FOR FILING(S) IN OPEN
                   COURT STATE FILED A SET SHEET. >PRE-TRIAL CONFERENCE SET FOR
                   02/23/16 (AS TO REMAINING OPEN COUNTS). >MULTIPLE BILL HEARING
                   SET FOR 02/23/16 >NOTIFY DEF.COUNSEL. >PDOJL
   01/06/2016                                                          ANDREWSA
                   >DEFENSE COUNSEL ANNA FRIEDBERG APPEARED WITHOUT DEFENDANT,
                   DEMETRICH D ROBINSON, DEFENDANT DID NOT APPEAR. >DEFENDANT IN
                   CUSTODY AND NOT BROUGHT INTO COURT. >PRESENCE OF DEFENDANT
                   WAIVED. >HRG TO DETERMINE COUNSEL SET FOR 01/08/16 >PDOJL
   01/08/2016                                                          ANDREWSA
                   >DEFENDANT, DEMETRICH D ROBINSON APPEARED WITH COUNSEL, ANNA
                   ANNA FRIEDBERG, MOTION TO WITHDRAW "GRANTED". DEFENSE COUNSEL
                   KENY GREEN APPEARED AND ASSURED THE COURT A PUBLIC DEFENDER
                   WILL BE APPOINTED BY 1-15-16. >RESET BY COURT >HRG TO DETERMINE
                   COUNSEL SET FOR 01/15/16 >PDOJL
   01/12/2016                                                          ANDREWSA
                   >DEFENSE COUNSEL ANNA FRIEDBERG APPEARED WITHOUT DEFENDANT,
                   DEMETRICH D ROBINSON FOR FILING(S) IN OPEN COURT >DEFENSE
                   FILED: >-MOTION TO WITHDRAW AS COUNSEL OF RECORD.
   01/15/2016                                                          ANDREWSA
                   >THE DEFENDANT, DEMETRICH D ROBINSON APPEARED FOR HRG TO
                   DETERMINE COUNSEL WITH COUNSEL, BRADLEY PHILLIPS >TRIAL SET FOR
                   05/16/16 >SEND NOTICES. >NOTIFY DEF.COUNSEL. >PDOJL
   02/22/2016                                                          ANDREWSA
                   >DEFENSE COUNSEL LUCAS MOREHOUSE APPEARED WITHOUT DEFENDANT,
                   KENTRELL HICKERSON FOR FILING(S) IN OPEN COURT >DEFENSE FILED:
                   >-SPEEDY TRIAL.
   02/23/2016                                                          ANDREWSA
                   >DEFENDANT QUINCY BRIGGS DID NOT APPEAR FOR MULTIPLE BILL
                   HEARING >DEFENDANT IN CUSTODY AND NOT BROUGHT INTO COURT.
                   >RESET BY COURT >MULTIPLE BILL HEARING SET FOR 04/19/16 >NOTIFY
                   DEF.COUNSEL. >PDOJL
                   >DEFENDANT QUINCY BRIGGS DID NOT APPEAR FOR PRE-TRIAL CONFERENCE
                   >DEFENDANT IN CUSTODY AND NOT BROUGHT INTO COURT. >RESET BY
                   COURT >PRE-TRIAL CONFERENCE SET FOR 04/19/16 >NOTIFY
                   DEF.COUNSEL. >PDOJL
                   >DEFENDANT WASHINGTON MCCASKILL DID NOT APPEAR FOR SENTENCING
                   >DEFENDANT IN CUSTODY AND NOT BROUGHT INTO COURT. >RESET BY
                   COURT >SENTENCING SET FOR 04/19/16 >NOTIFY DEF.COUNSEL. >PDOJL
   03/02/2016                                                          ANDREWSA
                   >TRIAL SET FOR 05/16/16 >SEND NOTICES. >NOTIFY DEF.COUNSEL.
                   >PDOJL
                   >TRIAL SET FOR 05/16/16 >SEND NOTICES. >NOTIFY DEF.COUNSEL.
                   >PDOJL
                   >TRIAL SET FOR 05/16/16 >SEND NOTICES. >NOTIFY DEF.COUNSEL.
                   >PDOJL
   03/03/2016                                                          SHANKLINL
                   AS PER-ORDERED BY MINUTE CLERK  POST CONVICTION HEARING SET FOR
                   03-08-16.  (AS TO RENE)
   =====================================================================
                            END OF DOCKET MASTER
   =====================================================================
```

Disclaimer:
The Orleans Parish Sheriff's Office provides computer services to both the Orleans Parish Clerk of Criminal District Court and the Orleans Parish Criminal District Court. The Orleans Parish Sheriff's Office DOES NOT maintain or ensure the information provided is complete and accurate. and this information can change quickly. Therefore, the information on this site may not reflect the true charges, status, next court date, or other information regarding a case. The information is provided as a request under the Freedom of Information Act, and the Public Records Act. Nothing contained herein is intended to imply or infer the guilt or wrongdoing of any person(s) listed on this site. This information shall not be considered, or used as, a public document, or official document, and no other publication or copying of this information is allowed without the express written consent of the person(s), and the Orleans Parish Criminal District Court.

For questions, comments, and other information you may contact the Orleans Parish Clerk of Criminal District Court, Records Division at (504) 658-9000. This information is made available to the public and law enforcement in the interest of public safety. Any unauthorized use of this information is forbidden and subject to criminal prosecution.

```
  Case: 523815            D O C K E T   M A S T E R        Date: 03/08/2016
Section: H/B/H                                             Time:   11:36:52
  Class: 2
                       ORLEANS PARISH CRIMINAL DISTRICT COURT
================================================================================
DF# DEFENDANT(S):        CNTS CHARGE(S):
================================================================================

 1 MCCASKILL, WASHINGTON
                          2  RS 14  31              BOND:          0.00
                             MANSLAUGHTER

================================================================================
  DATE     PROCEEDINGS
================================================================================

                                                              JILESK
03/05/2015
           AS PER-ORDERED BY MINUTE CLERK    ARRAIGNMENT SET FOR 03-06-15
           PDOJL.
           FILED BILL OF INFORMATION
           NO CAPIAS ISSUED
           BOND SET (NONE)
           MAGISTRATE PAPERWORK FILED (NONE)
           ****************************************************************
           ****************************************************************
           **** ALLOTTED. ARRAIGNMENT SET FOR 3/10/15.PDOJL
                                                              ANDREWSA
03/06/2015
           >THE DEFENDANT, WASHINGTON MCCASKILL APPEARED FOR ARRAIGNMENT.
           FOR ARRAIGNMENT WITH DEFENSE COUNSEL RANDY DUKES. ADA ALEX
           CALENDA PRESENT FOR THE STATE. NO MULTIPLE BILL AT THIS TIME.
           >FOR COUNT 1 RS 14 31 PLED GUILTY AS CHARGED. >FOR COUNT 2 RS
           14 31 PLED GUILTY AS CHARGED. THERE IS NO BOND FOR THE
           DEFENDANT, AWAITING SENTENCING******** >SENTENCING SET FOR
           05/15/15 >NOTIFY DEF.COUNSEL. >PDOJL
           >ALIAS CAPIAS WITH NO BOND.
                                                              BARNESDE
03/10/2015
           >CONTINUED WITHOUT DATE. ON THE DOCKET IN SECTION B IN ERROR.
           DEFENDANT PLED GUILTY IN SECTION H ON 3/6/15 AND IS SET FOR
           SENTENCING.
           >DEFENDANT, WASHINGTON MCCASKILL DID NOT APPEAR FOR CASE
           TRANSFERRED TO SCE H >TRANSFERRED TO SECTION H TO FOLLOW
           CASE(S) 516-272 >CONTINUED WITHOUT DATE.
                                                              SHANKLINL
03/17/2015
           CASE RECEIVED IN GENERAL DOCKET FOR TRANSFER. CASE TRANSFERRED TO
           SEC."H" UNDER RULES OF COURT.
           *
           CASE RECEIVED IN SECTION "H".
                                                              ANDREWSA
05/15/2015
           >DEFENDANT WASHINGTON MCCASKILL DID NOT APPEAR FOR SENTENCING
           >THE DEFENDANT IS IN THE CUSTODY OF ANOTHER PARISH TOC**********
           ****************************************************************
           >CONTINUED ON JOINT MOTION. >SENTENCING SET FOR 08/19/15
           >NOTIFY DEF.COUNSEL. >PDOJL
                                                              ANDREWSA
08/19/2015
           >DEFENDANT WASHINGTON MCCASKILL DID NOT APPEAR FOR SENTENCING
           >THE DEFENDANT IS IN THE CUSTODY OF THE U.S. MARSHALLS.
           >CONTINUED ON STATE MOTION >SENTENCING SET FOR 11/12/15 >NOTIFY
           DEF.COUNSEL. >PDOJL
                                                              ANDREWSA
11/12/2015
           >DEFENDANT WASHINGTON MCCASKILL DID NOT APPEAR FOR SENTENCING
           >DEFENDANT IN CUSTODY AND NOT BROUGHT INTO COURT. >CONTINUED ON
           STATE MOTION >SENTENCING SET FOR 02/23/16 >NOTIFY DEF.COUNSEL.
           >PDOJL
                                                              ANDREWSA
02/23/2016
           >DEFENDANT WASHINGTON MCCASKILL DID NOT APPEAR FOR SENTENCING
           >DEFENDANT IN CUSTODY AND NOT BROUGHT INTO COURT. >RESET BY
           COURT >SENTENCING SET FOR 04/19/16 >NOTIFY DEF.COUNSEL. >PDOJL
================================================================================
                              END OF DOCKET MASTER
================================================================================
```

Disclaimer:
The Orleans Parish Sheriff's Office provides computer services to both the Orleans Parish Clerk of Criminal District Court and the Orleans Parish Criminal District Court. The Orleans Parish Sheriff's Office DOES NOT maintain or ensure the information provided is complete and accurate, and this information can change quickly. Therefore, the information on this site may not reflect the true charges, status, next court date, or other information regarding a case. The information is provided as a request under the Freedom of Information Act, and the Public Records Act. Nothing contained herein is intended to imply or infer the guilt or wrongdoing of any person(s) listed on this site. This information shall not be considered, or used as, a public document, or official document, and no other publication or copying of this information is allowed without the express written consent of the person(s), and the Orleans Parish Criminal District Court.

For questions, comments, and other information you may contact the Orleans Parish Clerk of Criminal District Court, Records Division at (504) 658-9000. This information is made available to the public and law enforcement in the interest of public safety. Any unauthorized use of this information is forbidden and subject to criminal prosecution.

```
 Case: 428057            D O C K E T   M A S T E R      Date: 03/08/2016
 Section: I                                              Time:  11:37:54
 Class: 3
                        ORLEANS PARISH CRIMINAL DISTRICT COURT

==============================================================================
 DF# DEFENDANT(S):        CNTS CHARGE(S):
==============================================================================

   1 MCCASKILL, WASHINGTON
                           1  RS 40  966(D)(2)           BOND:     1,000.00
                              POSS MARIJUANA 2ND OFFENSE

==============================================================================
   DATE    PROCEEDINGS
==============================================================================

                                                                    WARRENP
 02/15/2002
         FILED BILL OF INFORMANTION
         CAPIAS ISSUED
         BOND SET $1,000.00
         MAGISTRATE PAPERWORK FILED (M-396924, DOB 3/23/79, F#-1068129)
 02/18/2002                                                         WARRENP
         ALLOTTED.  ARRAIGNMENT SET 2/28/02
         FILED SURETY; $1,000.00, DATE OF BOND 2/14/02
                              SURETY: BANKERS INS. CO.
 02/28/2002                                                         WELCHP
         ADD ON AS PER MINTUE CLERK. RESET FOR ARRAIGNMENT 3/1/02.
         THE COURT RESET THIS MATTER FOR ARRAIGNMENT ON 3/01/02. THE
         DEFENDANT WAS NOTIFIED IN OPEN COURT TO APPEAR WITH HIS ATTORNEY.
 03/01/2002                                                         WELCHP
         DEFENDANT MCCASKILL APPEARED UNATTENDED BY COUNSEL AND THE COURT
         APPOINTED THE O.I.D.P. THROUGH COUNSEL ADGIA LAMBERT FOR
         ARRAIGNMENT ONLY. THE DEFENDANT TENDERED TO THE COURT A PLEA
         OF NOT GUILTY. THIS MATTER WAS SET FOR A HEARING TO DETERMINE
         COUNSEL ON 3/06/02. THE DEFENDANT ELECTED TRIAL BY JURY. DNOC.
 03/06/2002                                                         WELCHP
         DEFENDANT MCCASKILL APPEARED UNATTENDED BY COUNSEL. THE COURT
         APPOINTED THE O.I.D.P. THROUGH COUNSEL HARRY TERVALON, THE
         DEFENDANT WITHDREW HIS FORMER PLEA OF NOT GUILTY AND TENDERED TO
         THE COURT A PLEA OF GUILTY AS CHARGED TO VIOLATION
         R.S. 40:966(D)(2). THE COURT SENTENCED THE DEFENDANT TO (6)SIX
         MO. IN THE CUSTODY OF DOC; SUSPENDED. THE DEFENDANT WAS PLACED
         ON (1)ONE YR. ACTIVE PROBATION WITH THE FOLLOWING SPECIAL
         CONDITIONS: PAY $400 TO JEF AND $200 TO OIDP. TRANSFER TO FINES
         AND FEES.
 06/17/2002                                                         WELCHP
         THE DEFENDANT HAS FAILED TO PAY REQUIRED FINES AND FEES AS
         IMPOSED BY THE COURT. AN ALIAS CAPIAS WAS ISSUED THIS DATE IN
         THE AMOUNT OF $20000. THE DEFENDANT IS AT LARGE.
 08/02/2002                                                         WELCHP
         FILED ARREST OF CAPIAS NOTIFICATION, DATE OF ARREST: 7/30/02
         SET FOR STATUS HEARING ON 8/05/02 IN SECTION "J" ACTING FOR
         SECTION "I" ON THIS DATE.
 08/06/2002                                                         WELCHP
         STATUS HEARING SET FOR 8/09/02. PDOJL
 08/09/2002                                                         DESALVOE
         >THE DEFENDANT, WASHINGTON MCCASKILL APPEARED FOR STATUS HEARING
         WITH COUNSEL, HARRY TERVALON THE STATE FILED A RULE TO SHOW
         CAUSE ON THIS DAY. >RULE TO SHOW CAUSE SET FOR 08/23/02 >PDOJL
 08/23/2002                                                         DESALVOE
         >DEFENSE COUNSEL HARRY TERVALON APPEARED WITHOUT DEFENDANT,
         WASHINGTON MCCASKILL FOR RULE TO SHOW CAUSE >RESET BY COURT
         >RULE TO SHOW CAUSE SET FOR 08/28/02 >PDOJL
 08/28/2002                                                         MARSHALLT
         >THE DEFENDANT, WASHINGTON MCCASKILL APPEARED FOR RULE TO SHOW
         CAUSE WITH COUNSEL, ADGIA LAMBERT >COURT DISMISSED THE RULE.
         RECALL ALIAS CAPIAS AND LIFT PROBATION HOLD. THE DEFENDANT IS
         TO PARTICIPATE IN DRUG COURT. >RELEASE ISSUED. >DRUG COURT
         STATUS HEARING SET FOR 09/04/02 >DNOC.
 09/04/2002                                                         DESALVOE
         >DRUG COURT STATUS HEARING WAS SCHEDULED. >DRUG COURT STATUS
         HEARING SET FOR 09/11/02 >DNOC.
 09/11/2002                                                         MARSHALLT
         >DRUG COURT STATUS HEARING WAS SCHEDULED. >DRUG COURT STATUS
         HEARING SET FOR 09/18/02 >DNOC.
 09/18/2002                                                         MARSHALLT
         >THE DEFENDANT, WASHINGTON MCCASKILL FAILED TO APPEAR FOR DRUG
         COURT STATUS HEARING >ALIAS CAPIAS ISSUED FOR $30,000.00
         >CONTINUED WITHOUT DATE.
 11/20/2002                                                         WELCHP
         STATE FILED WARRANT ON THIS DATE.
 01/06/2003                                                         HORNET
         FILED ARREST OF CAPAIS NOTIFICATION, DATE OF ARREST:12/28/02
         DRUG COURT SET FOR 1/08/03.  PDOJL.
 01/08/2003                                                         MARSHALLT
         >DRUG COURT STATUS HEARING WAS SCHEDULED. >RULE TO SHOW CAUSE
         SET FOR 01/15/03 >PDOJL NOTIFY ANY WITNESS ON THE RULE TO SHOW
```

```
                CAUSE.
01/14/2003                                                      DESALVOE
            >DEFENSE COUNSEL TILDEN GREENBAUM APPEARED WITHOUT DEFENDANT,
            WASHINGTON MCCASKILL FOR FILING(S) IN OPEN COURT >THE STATE
            FILED A RULE TO SHOW CAUSE.
01/15/2003                                                      DESALVOE
            >THE DEFENDANT, WASHINGTON MCCASKILL APPEARED FOR RULE TO SHOW
            CAUSE WITH COUNSEL, ADGIA LAMBERT >DEFENDANT WAIVED HEARING AND
            ADMITTED TO ALLEGATIONS. >PROBATION REVOKED WITH ORIGINAL
            SENTENCE. 03/06/02 >THE SENTENCE IS 6 MONTHS, AT DOC. >CREDIT
            FOR TIME SERVED. >CASE CLOSED, THIS DEFENDANT.
===========================================================================
                            END OF DOCKET MASTER
===========================================================================
```

Disclaimer:
The Orleans Parish Sheriff's Office provides computer services to both the Orleans Parish Clerk of Criminal District Court and the Orleans Parish Criminal District Court. The Orleans Parish Sheriff's Office DOES NOT maintain or ensure the information provided is complete and accurate, and this information can change quickly. Therefore, the information on this site may not reflect the true charges, status, next court date, or other information regarding a case. The information is provided as a request under the Freedom of Information Act, and the Public Records Act. Nothing contained herein is intended to imply or infer the guilt or wrongdoing of any person(s) listed on this site. This information shall not be considered, or used as, a public document, or official document, and no other publication or copying of this information is allowed without the express written consent of the person(s), and the Orleans Parish Criminal District Court.

For questions, comments, and other information you may contact the Orleans Parish Clerk of Criminal District Court, Records Division at (504) 658-9000. This information is made available to the public and law enforcement in the interest of public safety. Any unauthorized use of this information is forbidden and subject to criminal prosecution.

```
  Case: 396132           D O C K E T   M A S T E R       Date: 03/08/2016
Section: B                                                Time:   11:41:22
  Class: 3
                       ORLEANS PARISH CRIMINAL DISTRICT COURT

================================================================================
DF# DEFENDANT(S):         CNTS CHARGE(S):
================================================================================

  1 MCCASKILL, WASHINGTON
                           1  RS 40  967(C)(2)    A04P   BOND:      5,000.00
                              POSSESSION OF COCAINE

================================================================================
  DATE    PROCEEDINGS
================================================================================

03/06/1998                                                         LATIKERS
          FILED BILL OF INFORMATION
          CAPIAS ISSUED
          BOND SET $5,000.00
          MAGISTRATE PAPERWORK FILED (M-332554, DOB 3/23/79, F #811994)
03/09/1998                                                         LATIKERS
          ALLOTTED. ARRAIGNMENT SET 3/12/98.
03/12/1998                                                         ELZEYA
          DEFENDANT APPEARED BEFORE COURT FOR ARRAIGNMENT UNATTENDED BY
          COUNSEL AND COURT APPOINTED BRUCE WHITTAKER, OIDP. DEFENDANT,
          THROUGH COUNSEL, TENDERED TO COURT A PLEA OF GUILTY AS CHARGED.
          COURT IMPOSED FOLLOWING SENTENCE;
          FIVE (5) YEARS IN DOC-SUSPENDED
          FIVE (5) YEARS ACTIVE PROBATION
          $700 J.E.F., $50 I.T.F. AND $100 O.I.D.P.
                    C O L L E C T I O N S
06/01/1998                                                         ELZEYA
          STATE FILED RULE TO SHOW CAUSE. HEARING SET 6/16/98. SEND NOTICE
          TO PROBATION OFFICER DAWN HONORE AND DEFENDANT.
06/16/1998                                                         ELZEYA
          DEFENDANT APPEARED BEFORE COURT ATTENDED BY BRUCE WHITTAKER FOR
          A HEARING ON RULE TO SHOW CAUSE. DEFENDANT, THROUGH COUNSEL,
          ADMITTED TO VIOLATION OF PROBATION. COURT REVOKED DEFENDANT'S
          PROBATION AND IMPOSED FOLLOWING NEW AMENDED SENTENCE;
          TWO (2) YEARS AND (6) MONTHS IN DOC WITH CREDIT FOR TIME SERVED.
                    C L O S E D
================================================================================
                             END OF DOCKET MASTER
================================================================================
```

Disclaimer:
The Orleans Parish Sheriff's Office provides computer services to both the Orleans Parish Clerk of Criminal District Court and the Orleans Parish Criminal District Court. The Orleans Parish Sheriff's Office DOES NOT maintain or ensure the information provided is complete and accurate, and this information can change quickly. Therefore, the information on this site may not reflect the true charges, status, next court date, or other information regarding a case. The information is provided as a request under the Freedom of Information Act, and the Public Records Act. Nothing contained herein is intended to imply or infer the guilt or wrongdoing of any person(s) listed on this site. This information shall not be considered, or used as, a public document, or official document, and no other publication or copying of this information is allowed without the express written consent of the person(s), and the Orleans Parish Criminal District Court.

For questions, comments, and other information you may contact the Orleans Parish Clerk of Criminal District Court, Records Division at (504) 658-9000. This information is made available to the public and law enforcement in the interest of public safety. Any unauthorized use of this information is forbidden and subject to criminal prosecution.