FORM B-05-001-A
20 August 2013

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**DISCIPLINARY REPORT**

JUL 13 2015

D2- 303A L/D
L/D 8-7-15

INSTITUTION: Nelson Coleman Correctional Center

| 1. Name of Offender | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Stanley Scott | N/A | 7/9/2015 | 2049 |
| 5. Place of Incident | 6. Job Assignment (Offender) | | 7. Housing Assignment (Offender) |
| B-03 | N/A | | B3-616A |
| 8. Rule Violated | | 9. Rule Number | |
| Aggravated Disobedience (Schedule B) Guilty | | 5 Guilty | |
| Fighting (Schedule B) Guilty | | 10 Guilty | |

10. Description of Incident (Include all relevant information – "unusual offender behavior, staff witnesses, physical evidence & disposition, immediate action taken, including use of force"). Use other side, if necessary.

On Thursday, July 9, 2015 Deputy B. Cardwell was assigned to Bravo Pod control tower. At approximately 2049 hours Deputy Cardwell conducted a pod visual observation. While Deputy Cardwell was conducting a pod visual observation check, Deputy Cardwell observed a fistic altercation involving Inmates Gregory Stewart (B3-606A) and Stanley Scott (B3-606A) through the window of the Bravo Pod control tower. Deputy Cardwell immediately called for backup assistance via his departmental issued radio. Deputy Cardwell instructed all Inmates to get to their assigned bunks and for Inmates Scott and Stewart to stop fighting. Inmates Scott and Stewart continued to fight despite the order giving from Deputy Cardwell.

At approximately 2051 hours, responding Officer Deputy D. Dennis entered B-03. Deputy Dennis ordered Inmate Scott and Inmate Stewart to stop fighting to which both Inmate Scott, and Inmate Stewart complied. Deputy Dennis ordered Inmate Scott to step into the hallway between B-60 and B-70. Lieutenant J. Peranio, Detective D. Murray, Deputies: B. Stewart, C. Anderson, and F. Fricano entered through door B-99 and into B-03. Dep. Fricano immediately handcuffed Inmate Scott (checked for proper fit and double locked them) in hall way and escorted him to medical to be evaluated. Inmate Scott was cleared by medical and escorted to lockdown (D2-303A) by Deputy Fricano. Deputy Dennis immediately handcuffed Inmate Stewart (checked for proper fit and double locked them). Deputy Stewart then escorted Inmate Stewart to medical for evaluation Without any further incident.

Let it be noted, that after reviewing the video footage Inmate Scott walked from upstairs and assaulted Inmate Gregory Stewart while Inmate Stewart was playing chess in the dayroom.

| 11. Offender Placed in Administrative Segregation ☒ Yes ☐ No | |
|---|---|
| 12. Signature of Reporting Employee | 13. Name, Title, Assignment (Print) Deputy B. Cardwell (D-SHIFT CORRECTIONS) |
| 14. Date of Report: 7/10/2015 | 15. Time of Report: 0119 | 16. Report (copy) given to above offender by: | 17. Offender's Signature |
| 18. Plea by Offender: ☐ Not Guilty ☒ Guilty | 19. Verdict: ☐ Not Guilty ☒ Guilty |
| 20. Date of Hearing: 07-10-2015  2356 hours | 21. Counsel Substitute: DOC #: |

22. Disciplinary Court Motions: Refer to Form B-05-001-B.

23. Reasons For Disposition:
☒ Report is clear and precise.   ☐ Lack of credible defense/little or no defense.   ☒ Based on offender's statement.
☐ The officer's version is determined to be more credible than the offender's.   ☒ Pled guilty/accepted guilty plea.
☐ Only defense is denying contents of report.   ☐ The offender presented no evidence to refute the charges.
☐ The Investigative officer's testimony was deemed more truthful and accurate than the offender's.   ☐ Plea bargain.
☐ The offender's demeanor led the board to believe that the offender's testimony was untrue.
☐ Other:

FND02558

24. Reasons for Sentence:
☐ Seriousness of offense   ☐ The need to protect the institution, employees or other.

☑ Poor conduct record. A total of ____ rule violation(s). A total of ____ Schedule B violations since:

A total of ____ # rule violations since: 3rd fight

☑ Other: attacked other ym from behind to the side of his head

25. Sentence: ☐ Suspended  ☑ Imposed  30  Days

30 days, CTS

X [signature]

26. Sentence: ☐ Suspended  ☐ Imposed  ____ Days

27. DISCIPLINARY BOARD: After an offender is found guilty of a disciplinary violation through a formal administrative hearing, the Disciplinary Board may order restitution in accordance with Department Regulation No. B-05-003 "Imposition of Restitution."

Sgt. C. Johnson
_____
CHAIRMAN (DISCIPLINARY OFFICER)                    MEMBER

# NELSON COLEMAN CORRECTIONAL CENTER
# INMATE NOTIFICATION OF RULE VIOLATION

I acknowledge notification of a Disciplinary Report being filed against me. I am aware that a Disciplinary Hearing will be forthcoming and that my Signature below is not an admission of guilt.

| Inmate Name: | Stanley Scott | | Date of Notification: | 07/10/2015 |
|---|---|---|---|---|
| Disciplinary Report Number: | | | Date of Report: | 07/10/2015 |

| Charges Pending: | |
|---|---|
| | 05.   Aggravated Disobedience (Schedule B) |
| | 10.   Fighting (Schedule (B) |

| Inmate Signature: | X *(signature)* | Date: | 07/10/2015 |
|---|---|---|---|
| Officer Signature: | *(signature)* | Date: | 07/10/2015 |
| Officer Name Print: | B. Cardwell | | |

**Original must be attached to Disciplinary Report.
Copy must be given to Inmate
Nelson Coleman Correctional Center
Inmate Housing Transfer Notice**

FND02560

| | |
|---|---|
| **Date:** 07/09/2015 | |
| **Time:** 2058 Hours | |
| **Inmate's Name, R/S and DOB:** Stanley Scott, B/M 02/17/1992 | |
| **Inmate Transferred From:** B3-616A | |
| **Inmate Transferred to:** D2-303A | |
| **Officer escorting and completing transfer:** Deputy F. Fricano | |
| **Reason for transfer:** | |
| ☒ **Disciplinary Incident** | ☐ **Protective Custody** |
| ☐ **Medical** | ☐ **Re-classification** |
| ☐ Other or further explanation: | |
| **Transfer authorized by:** | |

Return completed original to Classification.

| Disciplinary Housing Property Removal Form ||
|---|---|
| **Inmate Name:** Stanley Scott | **Date:** 07/10/2015 |
| **Deputy Name:** B. Cardwell | **Time:** 0119 Hours |
| **Removed From Housing Location:** B3-616A ||
| **Property Description:** (1) Green Pillow ||
| (1) Suave Lotion ||
| (1) Jar Patrolium Jelly ||
| Misc Pictures ||
| Misc Holiday Cards ||
| Misc Papers ||
| Misc Reciepts ||
| (1) Pair blue, black, and silver Nike Shoes ||
| (1) Webster's Dictionary ||
| (2) Clear Cups ||
| (1) Clear Cup lid ||
| (2) Clear Soap Containers w/ soap ||
| (3) Pairs White Boxers ||
| (2) Orange T-Shirts ||
| (1) Black Du-Rag ||
| (1) Radio w/ Broken Head Phones ||
| **Inmate Signature:** *[signature]* ||
| **Deputy Signature:** *[signature]* ||
| **Supervisor/ Property Officer Securing Property:** ||
| **Date and Time:** 07/10/2015  0119 Hours ||
| **Date and Time Moved Back into Population:** ||
| **Deputy Returning Property:** ||
| **Inmate Signature receiving Property:** ||
| **Inmate Housing Assignment:** ||
| **Supervisor Signature:** ||
| (Hygiene and writing supplies only allowed in disciplinary) ||

Forms remain in Intake records until inmate is removed from Lockdown. Completed forms, forward to inmate file records.

FND02562

# ST. CHARLES PARISH CORRECTIONAL CENTER
## INCIDENT REPORT

Date: 7-9-15   Time: 2130 hrs.

Name: Gregory Stewart/Stanley Scott

Cell Assignment: B3   Type of Incident: Physical Altercation

Place/Time of Incident: Bravo-03/ 2049 hours

### Give detailed description of incident:

On July 9, 2015 at 2049 hours, Deputy Billy Cardwell was conducting a visual security check throughout all pods on Bravo. During the visual security check, Deputy Cardwell observed a physical altercation taking place on B-03. Deputy Cardwell immediately called a "103F" on B-03 via departmental radio.

Lieutenant Jared Peranio gathered information from Deputy Cardwell as he responded to the altercation. Lieutenant Peranio asked how many inmates were involved in the fight, Deputy Cardwell advised "two". Deputy Cardwell then advised Lieutenant Peranio that the two inmates involved were Stanley Scott (B3/616A) and Gregory Stewart (B3/606A). Lieutenant Peranio advised Deputy Cardwell to lock the pod down and have all inmates return to their racks.

Deputy Daniel Dennis was the first deputy to respond. Deputy Dennis entered B-03 and ordered Inmate Scott to the hallway between doors B60 and B70. Deputy Frank Fricano was the next deputy to arrive. Deputy Fricano placed Inmate Scott in handcuffs to the rear (checked for proper fit and double locked) while in the hallway between B60 and B70. Deputy Fricano exited Bravo with Inmate Scott and escorted him to Medical to be evaluated. LPN Montana Becnel evaluated Inmate Scott for any possible injuries. Inmate Scott was cleared by LPN Becnel with no obvious injuries and escorted to lockdown cell D2/303A by Deputy Fricano.

Deputy Dennis re-entered B-03 and secured Inmate Stewart by placing him in handcuffs to the rear (checked for proper fit and double locked). Detective Don Murray, Deputy Chase Anderson, Lieutenant Peranio, and Deputy Brandon Stewart were the next officers to arrive. Lieutenant Peranio ordered Bravo Pod Control Tower to shut the televisions off and ordered all inmates who had

_____7•03_____          _____
Supervisor's Initials         Signature of Reporting Officer

                              Lt. Jared Peranio
SCSO-COR-103-0402             Printed Name                FND02563

# ST. CHARLES PARISH CORRECTIONAL CENTER
# INCIDENT REPORT

not already returned to their bunks to do so. Lieutenant Peranio ordered all inmates to stay in their assigned bunks until the dorm was decontaminated by trustees due to the exposure of blood throughout the dayroom floor.

Deputy Stewart exited Bravo Pod with Inmate Stewart and escorted him to Medical to be evaluated. LPN Becnel evaluated Inmate Stewart and treated him for an abrasion to the left eye brow (cleaned and treated with antibiotic cream), and a laceration approximately a half inch long to the right cheek under the right eye (treated with a steri-strip). Inmate Stewart was cleared by LPN Becnel and escorted to Booking by Deputy Stewart to be housed on lockdown status temporarily in cell A-12.

Approximately two hours before the altercation Inmate Stewart can be viewed by camera (DVR 2, Camera 19) sitting in the lower left section by the bunks of B-03 conversing with other inmates. At 1904 hours Inmate Scott can be viewed in the same section as Inmate Stewart sharing food with each other. At 2010 hours Inmate Stewart sits on the left dayroom table playing chess with other unknown inmates.

At 2049:20 (DVR 2 Camera 19) Inmate Scott is viewed leaving his bunk area (B3/616A) on the second floor, walking down the stairs to the left side dayroom. Inmate Scott then walks by Inmate Stewart and Inmate Scott punches Inmate Stewart while Inmate Stewart was playing chess. Inmate Scott punches Inmate Stewart several more times then wrestles Inmate Stewart to the opposite side of the dayroom table. Inmate Stewart manages to escape from Inmate Scott and the altercation ensues to the bottom left side bunk area. Inmate Stewart and Inmate Scott separate and a brief second altercation takes place in the dayroom of B-03. The altercation ends when Deputy Dennis enters dorm B-03.

Captain Jessica Troxclair was notified of the above incident and advised she and Sergeant Norval Orazio will review the video footage on the morning of July 10, 2015.

Prior to the altercation that took place on B-03, Inmate Scott advised Deputy Dennis he would like to speak to rank. Deputy Dennis questioned Inmate Scott as to why he needed to speak to rank, and Inmate Scott advised he wants to be moved to "C-Side". Inmate Scott also advised Deputy Dennis he does not have any enemies on B-03 and does not need to be put on "P/C". Lieutenant Peranio was notified by Deputy Melvin Melancon that Inmate Scott wanted to speak to rank about moving to C-pod. Lieutenant advised he could not move Inmate Scott to C-Pod.

Supervisor's Initials

Signature of Reporting Officer

Lt. Jared Peranio
Printed Name

SCSO-COR-103-0402

FND02564

# ST. CHARLES PARISH CORRECTIONAL CENTER
# INCIDENT REPORT

To be noted, Inmate Scott is trying to be moved to C-Pod because his brother Shawn Scott is housed on C-07. Lieutenant Peranio interviewed Inmate Stewart in the Watch Office after the altercation occurred. Inmate Stewart advised he and Inmate Scott were not having issues. Inmate Stewart believes Inmate Scott wants to be on "C-Side" to either be housed with friend on C-08, and/or talk through the speaker to his brother Shawn Scott on C-07. Inmate Stewart also advised that Inmate Scott is aware that Inmate Stewart cannot be housed in any other dorm than B-03 due to his pending criminal investigations dealing with other inmates housed at NCCC.

There is no further information to pass on at this time.

_____
Supervisor's Initials

_____
Signature of Reporting Officer

SCSO-COR-103-0402

Lt. Jared Peranio
Printed Name

FND02565

FORM B-05-001-A
20 August 2013

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**DISCIPLINARY REPORT**

JUL 1 3 2015

WD 7-11-15 by CJ1672
moved to B3-606A

INSTITUTION: Nelson Coleman Correctional Center

| 1. Name of Offender | 2. Number | 3. Date of Incident | 4. Time of Incident |
|---|---|---|---|
| Gregory Stewart | N/A | 7/9/2015 | 2049 |
| 5. Place of Incident | 6. Job Assignment (Offender) | | 7. Housing Assignment (Offender) |
| B-03 | N/A | | B3-606A |
| 8. Rule Violated | | | 9. Rule Number |
| Aggravated Disobedience (Schedule B) Guilty | | | 5 Guilty |
| Fighting (Schedule B) Guilty | | | 10 Guilty |

**10. Description of Incident** (Include all relevant information – "unusual offender behavior, staff witnesses, physical evidence & disposition, immediate action taken, including use of force"). Use other side, if necessary.

On Thursday, July 9, 2015 Deputy B. Cardwell was assigned to Bravo Pod control tower. At approximately 2049 hours Deputy Cardwell conducted a pod visual observation. While Deputy Cardwell was conducting a pod visual observation check, Deputy Cardwell observed a fistic altercation involving Inmates Gregory Stewart (B3-606A) and Stanley Scott (B3-606A) through the window of the Bravo Pod control tower. Deputy Cardwell immediately called for backup assistance via his departmental issued radio. Deputy Cardwell instructed all Inmates to get to their assigned bunks and for Inmates Scott and Stewart to stop fighting. Inmates Scott and Stewart continued to fight despite the order giving from Deputy Cardwell.

At approximately 2051 hours, responding Officer Deputy D. Dennis entered B-03. Deputy Dennis ordered Inmate Scott and Inmate Stewart to stop fighting to which both Inmate Scott, and Inmate Stewart complied. Deputy Dennis ordered Inmate Scott to step into the hallway between B-60 and B-70. Lieutenant J. Peranio, Detective D. Murray, Deputies: B. Stewart, C. Anderson, and F. Fricano entered through door B-99 and into B-03. Deputy Fricano immediately handcuffed Inmate Scott (checked for proper fit and double locked them) in hall way and escorted him to medical to be evaluated. Inmate Scott was cleared by medical and escorted to lockdown (D2-303A) by Deputy Fricano. Deputy Dennis immediately handcuffed Inmate Stewart (checked for proper fit and double locked them). Deputy Stewart then escorted Inmate Stewart to medical to be evaluated and treated.

At approximately 2100 hours, Inmate Stewart was examined by LPN M. Becnel. Inmate Stewart was treated for a laceration to the right upper cheek. After being cleared by medical, Dep Stewart escorted Inmate Stewart to Booking (A-12) per Lieutenant Peranio.

| 11. Offender Placed in Administrative Segregation | ☒ Yes ☐ No | | |
|---|---|---|---|
| 12. Signature of Reporting Employee | | 13. Name, Title, Assignment (Print) | |
| *[signature]* | | Deputy B. Cardwell (D-SHIFT CORRECTIONS) | |
| 14. Date of Report | 15. Time of Report | 16. Report (copy) given to above offender by: *[signature]* | 17. Offender's Signature *[signature]* |
| 7/10/2015 | 0150 | | |
| 18. Plea by Offender: ☐ Not Guilty ☐ Guilty | | 19. Verdict: ☐ Not Guilty ☐ Guilty | |
| 20. Date of Hearing: 07-11-2015  0006 hours | | 21. Counsel Substitute: DOC #: | |

22. Disciplinary Court Motions: Refer to Form B-05-001-B.

23. Reasons For Disposition:
☒ Report is clear and precise.  ☐ Lack of credible defense/little or no defense.  ☒ Based on offender's statement.
☐ The officer's version is determined to be more credible than the offender's.  ☐ Pled guilty/accepted guilty plea.
☐ Only defense is denying contents of report.  ☐ The offender presented no evidence to refute the charges.
☐ The Investigative officer's testimony was deemed more truthful and accurate than the offender's.  ☐ Plea bargain.
☐ The offender's demeanor led the board to believe that the offender's testimony was untrue.
☐ Other:

FND02566

| 24. Reasons for Sentence: | |
|---|---|
| ☐ Seriousness of offense    ☐ The need to protect the institution, employees or other. | |
| ☐ Poor conduct record. A total of ___ rule violation(s). A total of ___ Schedule B violations since: ___ | |
| A total of   #   rule violations since: ___ | |
| ☐ Other: | |

| 25. Sentence: ☐ Suspended ☒ Imposed  *10*  Days | 26. Sentence: ☐ Suspended ☐ Imposed ___ Days |
|---|---|
| 10 days, suspended for 90 days | |

27. DISCIPLINARY BOARD: After an offender is found guilty of a disciplinary violation through a formal administrative hearing, the Disciplinary Board may order restitution in accordance with Department Regulation No. B-05-003 "Imposition of Restitution."

_____
CHAIRMAN (DISCIPLINARY OFFICER)                                           MEMBER

# NELSON COLEMAN CORRECTIONAL CENTER
# INMATE NOTIFICATION OF RULE VIOLATION

FND02567

I acknowledge notification of a Disciplinary Report being filed against me. I am aware that a Disciplinary Hearing will be forthcoming and that my Signature below is not an admission of guilt.

| Inmate Name: | Gregory Stewart | | Date of Notification: | 7/10/2015 |
|---|---|---|---|---|
| Disciplinary Report Number: | | | Date of Report: | 7/10/2015 |

| Charges Pending: | | |
|---|---|---|
| | 05. | Aggravated Disobedience (Schedule B) |
| | 10. | Fighting (Schedule (B) |

| Inmate Signature: | X *[signature]* | Date: | 7/10/2015 |
|---|---|---|---|
| Officer Signature: | *[signature]* | Date: | 7/10/2015 |
| Officer Name Print: | B. Cardwell | | |

**Original must be attached to Disciplinary Report.
Copy must be given to Inmate**
# Nelson Coleman Correctional Center
# Inmate Housing Transfer Notice

FND02568

| | |
|---|---|
| | **Date:** //09/2015 |
| | **Time:** 2100 |
| **Inmate's Name, R/S and DOB:** Gregory Stewart, B/M 7/25/1991 | |
| **Inmate Transferred From:** B3-606A | |
| **Inmate Transferred to:** A-12 | |
| **Officer escorting and completing transfer:** Deputy B. Stewart | |
| **Reason for transfer:** | |
| ☒ Disciplinary Incident | ☐ Protective Custody |
| ☐ Medical | ☐ Re-classification |
| ☐ Other or further explanation: | |
| **Transfer authorized by:** | |

Return completed original to Classification.

## Disciplinary Housing Property Removal Form

| | |
|---|---|
| **Inmate Name:** Gregory Stewart | **Date:** 7/10/2015 |
| **Deputy Name:** B. Cardwell | **Time:** 0119 hours |
| **Removed From Housing Location:** B3-606A | |
| **Property Description:** 1 Radio w/ headphones | 1 mayo packet |
| 1 black du-rag | 1 lid to bowl |
| 1 orange sweat pants | 1 lid to cup |
| 1 orange sweat shirt | |
| 1 pair of broken head phones | |
| 2 orange T shirts | |
| 1 pair broken white flip flops | |
| 1 white thermal shirt | |
| 1 butterscotch candy | |
| 2 books | |
| misc. cards | |
| misc. papers | |
| 1 bag doritos | |
| 1 bag cheetos | |
| 1 bottle vos shampoo | |
| 2 jars hair dressing | |
| 3 pencils | |
| 1 ketchup packet | |

**Inmate Signature:** *[signature]*
**Deputy Signature:** *[signature]*
**Supervisor/ Property Officer Securing Property:**
**Date and Time:** 7/10/2015

**Date and Time Moved Back into Population:**
**Deputy Returning Property:**
**Inmate Signature receiving Property:**
**Inmate Housing Assignment:**
**Supervisor Signature:**

(Hygiene and writing supplies only allowed in disciplinary)

Forms remain in Intake records until inmate is removed from Lockdown. Completed forms, forward to inmate file records.

FND02570

# ST. CHARLES PARISH CORRECTIONAL CENTER
# INCIDENT REPORT

**Date:** 7-9-15    **Time:** 2130    hrs.

**Name:** Gregory Stewart/Stanley Scott

**Cell Assignment:** B3    **Type of Incident:** Physical Altercation

**Place/Time of Incident:** Bravo-03/ 2049 hours

### Give detailed description of incident:

On July 9, 2015 at 2049 hours, Deputy Billy Cardwell was conducting a visual security check throughout all pods on Bravo. During the visual security check, Deputy Cardwell observed a physical altercation taking place on B-03. Deputy Cardwell immediately called a "103F" on B-03 via departmental radio.

Lieutenant Jared Peranio gathered information from Deputy Cardwell as he responded to the altercation. Lieutenant Peranio asked how many inmates were involved in the fight, Deputy Cardwell advised "two". Deputy Cardwell then advised Lieutenant Peranio that the two inmates involved were Stanley Scott (B3/616A) and Gregory Stewart (B3/606A). Lieutenant Peranio advised Deputy Cardwell to lock the pod down and have all inmates return to their racks.

Deputy Daniel Dennis was the first deputy to respond. Deputy Dennis entered B-03 and ordered Inmate Scott to the hallway between doors B60 and B70. Deputy Frank Fricano was the next deputy to arrive. Deputy Fricano placed Inmate Scott in handcuffs to the rear (checked for proper fit and double locked) while in the hallway between B60 and B70. Deputy Fricano exited Bravo with Inmate Scott and escorted him to Medical to be evaluated. LPN Montana Becnel evaluated Inmate Scott for any possible injuries. Inmate Scott was cleared by LPN Becnel with no obvious injuries and escorted to lockdown cell D2/303A by Deputy Fricano.

Deputy Dennis re-entered B-03 and secured Inmate Stewart by placing him in handcuffs to the rear (checked for proper fit and double locked). Detective Don Murray, Deputy Chase Anderson, Lieutenant Peranio, and Deputy Brandon Stewart were the next officers to arrive. Lieutenant Peranio ordered Bravo Pod Control Tower to shut the televisions off and ordered all inmates who had

_____
Supervisor's Initials

_____
Signature of Reporting Officer

Lt. Jared Peranio
Printed Name

SCSO-COR-103-0402                                          FND02571

# ST. CHARLES PARISH CORRECTIONAL CENTER
# INCIDENT REPORT

not already returned to their bunks to do so. Lieutenant Peranio ordered all inmates to stay in their assigned bunks until the dorm was decontaminated by trustees due to the exposure of blood throughout the dayroom floor.

Deputy Stewart exited Bravo Pod with Inmate Stewart and escorted him to Medical to be evaluated. LPN Becnel evaluated Inmate Stewart and treated him for an abrasion to the left eye brow (cleaned and treated with antibiotic cream), and a laceration approximately a half inch long to the right cheek under the right eye (treated with a steri-strip). Inmate Stewart was cleared by LPN Becnel and escorted to Booking by Deputy Stewart to be housed on lockdown status temporarily in cell A-12.

Approximately two hours before the altercation Inmate Stewart can be viewed by camera (DVR 2, Camera 19) sitting in the lower left section by the bunks of B-03 conversing with other inmates. At 1904 hours Inmate Scott can be viewed in the same section as Inmate Stewart sharing food with each other. At 2010 hours Inmate Stewart sits on the left dayroom table playing chess with other unknown inmates.

At 2049:20 (DVR 2 Camera 19) Inmate Scott is viewed leaving his bunk area (B3/616A) on the second floor, walking down the stairs to the left side dayroom. Inmate Scott then walks by Inmate Stewart and Inmate Scott punches Inmate Stewart while Inmate Stewart was playing chess. Inmate Scott punches Inmate Stewart several more times then wrestles Inmate Stewart to the opposite side of the dayroom table. Inmate Stewart manages to escape from Inmate Scott and the altercation ensues to the bottom left side bunk area. Inmate Stewart and Inmate Scott separate and a brief second altercation takes place in the dayroom of B-03. The altercation ends when Deputy Dennis enters dorm B-03.

Captain Jessica Troxclair was notified of the above incident and advised she and Sergeant Norval Orazio will review the video footage on the morning of July 10, 2015.

Prior to the altercation that took place on B-03, Inmate Scott advised Deputy Dennis he would like to speak to rank. Deputy Dennis questioned Inmate Scott as to why he needed to speak to rank, and Inmate Scott advised he wants to be moved to "C-Side". Inmate Scott also advised Deputy Dennis he does not have any enemies on B-03 and does not need to be put on "P/C". Lieutenant Peranio was notified by Deputy Melvin Melancon that Inmate Scott wanted to speak to rank about moving to C-pod. Lieutenant advised he could not move Inmate Scott to C-Pod.

Supervisor's Initials                          Signature of Reporting Officer

                                               Lt. Jared Peranio
SCSO-COR-103-0402                              Printed Name                    FND02572

# ST. CHARLES PARISH CORRECTIONAL CENTER
# INCIDENT REPORT

To be noted, Inmate Scott is trying to be moved to C-Pod because his brother Shawn Scott is housed on C-07. Lieutenant Peranio interviewed Inmate Stewart in the Watch Office after the altercation occurred. Inmate Stewart advised he and Inmate Scott were not having issues. Inmate Stewart believes Inmate Scott wants to be on "C-Side" to either be housed with friend on C-08, and/or talk through the speaker to his brother Shawn Scott on C-07. Inmate Stewart also advised that Inmate Scott is aware that Inmate Stewart cannot be housed in any other dorm than B-03 due to his pending criminal investigations dealing with other inmates housed at NCCC.

There is no further information to pass on at this time.

_____
Supervisor's Initials

_____
Signature of Reporting Officer

Lt. Jared Peranio
Printed Name

SCSO-COR-103-0402

FND02573